IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-195
)
LAKEISHA FITZGERALD, )
)
Defendant. )
)

## ORDER

Before the Court is Defendant Lakeisha Fitzgerald's Motion for Early Termination of Supervised Release. (Doc. 4.) The Government has filed a response and does not oppose the Defendant's motion for early termination of supervised release. (Doc. 5.) After careful consideration of the record in this case, the Court "is satisfied that [termination] is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). As a result, Defendant's motion (Doc. 4) is **GRANTED** and her term of supervised release is terminated.

SO ORDERED this 5th day of August 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA